UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

MAY 28 2008
MAY 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Reggie Davis
#B39954

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

c/o Bufford CCDOC
c/o Keith CCDOC
c/o Wilson CCDOC

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08CV3072
JUDGE LEFKOW
MAG. JUDGE COLE

Case No. _____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

☑ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

**BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.**

I. **Plaintiff(s):**

  A. Name: Reggie Davis

  B. List all aliases: N/A

  C. Prisoner identification number: B39954

  D. Place of present confinement: Robinson Corr. Center

  E. Address: P.O. 900, Robinson, IL. 62454

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

  A. Defendant: C/O Keith
     Title: Correctional Officer
     Place of Employment: Cook County Dept. of Corr.

  B. Defendant: C/O Bufford
     Title: Correctional Officer
     Place of Employment: Cook County Dept. of Corr.

  C. Defendant: C/O Wilson
     Title: Correctional Officer
     Place of Employment: Cook County Dept. of Corr.

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _N/A_

B. Approximate date of filing lawsuit: _N/A_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _N/A_

D. List all defendants: _N/A_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _N/A_

F. Name of judge to whom case was assigned: _N/A_

G. Basic claim made: _N/A_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _N/A_

I. Approximate date of disposition: _N/A_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On the above date (12-12-07) at 9:30 a.m. C/o Keith entered Dorm E-3 Div. 8 and ordered me to go to my cell to pack my belongings. I was then ordered to the interlock of the tier. When I arrived with my belongings C/o Keith searched me, then placed me in handcuffs. I was then escorted to the Segragation Unit (Dorm A-1) where we were joined by C/o Wilson. I was then stripped of all my clothing and searched again. Still nothing was found on my person.

I was then placed into a cell and told to put my back on the wall. C/o Keith asked me if I had anything else to say? C/o Keith then informed me he hates when he's lied too. As C/o Keith starts tightening his leather gloves, he says he's only gonna ask me one more time. I said, I had nothing to say. Before I could finish my response C/o Keith assaulted me with a closed

4

fist to my face, thus, making the back of my head hit the wall very hard. C/O Wilson just stood by and watched. I asked for medical attention for the immediate pain I felt all over my body, also for the new lump on the back of my head. I was refused medical attention. I then "blacked out" for an undetermined time until C/O Bufford came to visit me. C/O Bufford stated, he was there to see what exactly happened with me and C/O Keith. I was told to calm down so I could be interviewed by C/O Bufford and C/O Ervin. I was then taken to the basement of Cermak Healthcare in C.C.D.O.C.

    They interviewed me examined my new injuries. I was then asked by C/O Bufford what I was going to do about my assault? C/O Bufford stated, he didn't want me to press charges against the other C/O's. C/O Bufford then asked me about my pending case. I responded, "they offered me 6 years in I.D.O.C." C/O Bufford stated, he could get me 1 to 2 years for my case and my job assignment back as a reward for not pressing charges against the C/O's involved in my assault.

Being that I was facing 6-30 years in I.D.O.C. and not knowing the seriousness of my injuries, I felt then I should take C/O Bufford's deal for a reduced sentence for not pressing charges against the C/O's involved.

On Dec. 18, 2007 I went in front of the Honorable Judge Toomen. C/O Bufford never showed up on my behalf. I was then sentenced to the I.D.O.C. for 6 years. Since the day of my assault, I've suffered from migraine headaches, double vision, slurred speech, and paranoia. I've never suffered from an assault like this one. I'm currently being treated for these ailments at the Robinson Corr. Center Healthcare Unit. If I thought these problems were gonna last this long and continue to worsen, I wouldn't have ever considered the "alleged deal."

Reggie Davis

V.      Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

_I'm asking the court to award me determined Punitive Damages for pain and continued suffering as a result of my assault on behalf of C/O Keith._

VI.     The plaintiff demands that the case be tried by a jury.  ☒ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __21__ day of __05__, 20__08__

x _Reggei Davis_
(Signature of plaintiff or plaintiffs)

_Reggie Davis_
(Print name)

_B39954_
(I.D. Number)

_P.O. Box 900_
_Robinson, IL. 62454_
(Address)

6                                                       Revised 9/2007