UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ILLINOIS

**FILED**
MAY 2 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Reggie Davis
#B39954
_____
Plaintiff/Petitioner(s),

-vs-

c/o Bufford CCDOC
c/o Keith CCDOC
c/o Wilson CCDOC
_____
Defendant/Respondent(s).

08CV3072
JUDGE LEFKOW
MAG. JUDGE COLE

## MOTION AND AFFIDAVIT IN SUPPORT OF REQUEST
## TO PROCEED IN FORMA PAUPERIS

I, Reggie Davis, being first duly sworn, depose and say that I am the plaintiff/petitioner in the above entitled cause; that in support of my request to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to relief.

The nature of the action is: (✓) Civil Rights   ( ) Habeas Corpus   ( ) Appeal

1. Are you presently employed?   Yes ( )   No (✓)

   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.
   
   _____N/A_____

   b. If the answer is "no", state the date of last employment and the amount of salary or wages per month which you received.   State pay $15.00 dollars

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or form of self-employment?   Yes ( )   No (✓)
   b. Rent payments, interest or dividends?   Yes ( )   No (✓)
   c. Pensions, annuities or life insurance payments?   Yes ( )   No (✓)
   d. Gifts or inheritances?   Yes ( )   No (✓)
   e. Any other sources?   Yes ( )   No (✓)

If the answer to any of the above is "yes", describe each source of money and state the amount received during the past twelve months.

N/A

3. Do you own cash, or do you have money in a checking or savings account?   Yes ( ) No (✓) (include any funds in prison accounts). If the answer is "yes", state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)? Yes ( ) No (✓) If the answer is "yes", describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

N/A

## PRIOR LITIGATION

You may not bring a civil action or appeal a civil judgment under 28 U.S.C. § 1915 if you have "on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted" unless you are "under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

Have you ever filed any other lawsuits in any federal court during this or any other period of incarceration?
Yes ( )   No (✓)

If yes, please provide the following section about your prior cases. If necessary, you may attach additional pages to this form to provide all the required information about each of your prior cases. Failure to provide complete, accurate information about all your prior litigation may result in denial of your request to proceed *in forma pauperis*.

1. Case name:_____   Case Number:_____

   Court:_____   Date filed:_____

   Claims raised:_____

   Result:_____

2. Case name:_____   Case Number:_____

   Court:_____   Date filed:_____

   Claims raised:_____
   _____

   Result:_____

3. Case name:_____   Case Number:_____

   Court:_____   Date filed:_____

   Claims raised:_____
   _____

   Result:_____

## DECLARATION UNDER PENALTY OF PERJURY

I declare (or certify, verify or state) under penalty of perjury, that I am the plaintiff/petitioner in the above action, that I have read the foregoing Motion and Affidavit and that the information contained therein is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621. I authorize the agency having custody of my person to withdraw funds from my prison trust account and forward payments to the Clerk of Court, in accord with 28 U.S.C. § 1915.

05-7-08
Date

_Reggie Davis_
Signature of Plaintiff/Petitioner

## CERTIFICATE

THIS SECTION FOR COMPLETION BY THE PLAINTIFF/PETITIONER

Name of Plaintiff/Petitioner: Reggie Davis

Institution where confined: Robinson

Register number: B39454

THIS SECTION IS FOR COMPLETION BY AN AUTHORIZED OFFICER
OF THE ABOVE-NAMED INSTITUTION ONLY

Instructions: The plaintiff/petitioner may not write below this line. Please complete the following certificate for the plaintiff/petitioner named and described above.

## PURSUANT TO 28 U.S.C. § 1915(a)(2), PLEASE ATTACH A CERTIFIED PRINT-OUT OF ALL TRANSACTIONS FOR THIS PERSON'S ACCOUNT FOR THE PAST SIX MONTHS.

I hereby certify that ___Reggie Davis___ currently has the sum
(Name of plaintiff/petitioner)

$ 103.09 on account to his credit at Robinson Correctional Center
(Institution where confined)

DATED: 5/14/08

John Anderson
Signature of Authorized Officer of the above Institution

Rev. 2/00

| | | | | | | |
|---|---|---|---|---|---|---|
| Date: 5/14/2008 | | | Robinson Correctional Center | | | Page 1 |
| Time: 10:02am | | | Trust Fund | | | |
| d_list_inmate_trans_statement_composite | | | Inmate Transaction Statement | | | |

REPORT CRITERIA - Date: 11/13/2007 thru End;   Inmate: B39954;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B39954 Davis, Reggie**  **Housing Unit: ROB-1A-10-03**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.00 |
| 02/25/08 | Mail Room | 01 MO/Checks (Not Held) | 056256 | R200355837088 | Davis, Rubbie | 50.00 | 50.00 |
| 02/25/08 | Mail Room | 01 MO/Checks (Not Held) | 056256 | R200355837077 | Davis, Rubble | 50.00 | 100.00 |
| 02/26/08 | Point of Sale | 60 Commissary | 057724 | 405235 | Commissary | -98.44 | 1.56 |
| 02/26/08 | Disbursements | 84 Library | 057315 | Chk #59022 | 0812474, DOC: 523 Fund Library, Inv. Date: 02/14/2008 | -.25 | 1.31 |
| 02/26/08 | Disbursements | 84 Library | 057315 | Chk #59022 | 0812475, DOC: 523 Fund Library, Inv. Date: 02/14/2008 | -.50 | .81 |
| 02/26/08 | Disbursements | 84 Library | 057315 | Chk #59022 | 0812880, DOC: 523 Fund Library, Inv. Date: 02/22/2008 | -.70 | .11 |
| 03/07/08 | Payroll | 20 Payroll Adjustment | 067114 | | P/R month of 02/2008 | 7.88 | 7.99 |
| 03/10/08 | Mail Room | 01 MO/Checks (Not Held) | 070256 | 103947 | J, Katherine M | 50.00 | 57.99 |
| 03/17/08 | Point of Sale | 60 Commissary | 077725 | 407292 | Commissary | -47.87 | 10.12 |
| 03/18/08 | Disbursements | 81 Legal Postage | 078315 | Chk #59180 | 0813233, DOC: 523 Fund Inmate, Inv. Date: 02/29/2008 | -6.84 | 3.28 |
| 03/18/08 | Disbursements | 84 Library | 078315 | Chk #59181 | 0813245, DOC: 523 Fund Library, Inv. Date: 02/29/2008 | -2.55 | .73 |
| 03/28/08 | Mail Room | 04 Intake and Transfers In | 088239 | 162095 | Cook County Jail Caseload | 8.58 | 9.31 |
| 04/01/08 | Point of Sale | 60 Commissary | 092725 | 408543 | Commissary | -8.51 | .80 |
| 04/04/08 | Payroll | 20 Payroll Adjustment | 095114 | | P/R month of 03/2008 | 13.42 | 14.22 |
| 04/07/08 | Point of Sale | 60 Commissary | 098725 | 409135 | Commissary | -13.92 | .30 |
| 05/09/08 | Payroll | 20 Payroll Adjustment | 130114 | | P/R month of 04/2008 | 15.00 | 15.30 |
| 05/13/08 | Point of Sale | 60 Commissary | 134733 | 412660 | Commissary | -8.21 | 7.09 |
| 05/13/08 | Mail Room | 01 MO/Checks (Not Held) | 134239 | P1092642 | Perry, Joanne | 50.00 | 57.09 |
| 05/13/08 | Mail Room | 01 MO/Checks (Not Held) | 134239 | R200744467902 | Davis, Rubbie | 50.00 | 107.09 |

| | |
|---|---|
| Total Inmate Funds: | 107.09 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 4.00 |
| Funds Available: | 103.09 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 04/07/2008 | 0815436 040408 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 04/10/2008 | 0815643 040908 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| | | | | Total Restrictions: | $4.00 |