M HW

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|
| PLAINTIFF<br>Reggie Davis | COURT CASE NUMBER<br>08C3072 |
| DEFENDANT<br>C/O Buffordd Et al. | TYPE OF PROCESS<br>S/C |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| ➤ | Correctional Officer Wilson, Cook County Department of Corrections |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | C.C.J., C/O Legal Dept., 2700 S. California Ave., 2nd. Flr., Div.5, Chicago, IL 60608 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Reggie Davis, B-39954
Robinson Correctional Center
P.O. Box 000002
Robinson, IL 62454

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

FILED
7-16-2008
JUL 16 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE<br>06-23-08 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>3 of 3 | District of Origin<br>No. 24 | District to Serve<br>No. 24 | Signature of Authorized USMS Deputy or Clerk<br>Td | Date<br>06-23-08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

NOT SERVED

| Date of Service | Time | am |
|---|---|---|
| 7/10/08 | 12:00 | pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 96.00 | 6.79 | 0 | 102.79 | 0 | 102.79 | 0 |

REMARKS: Need more info on Wilson, ex' First+Last name
1-OUSM 14-miles
2-Hours.

| PRIOR EDITIONS<br>MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

Form AO-399 (Rev. 05/00)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
(DISTRICT)

## Waiver of Service of Summons

**TO:** Reggie Davis
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, Correctional Officer Wilson, acknowledge receipt of your request that I waive
(DEFENDANT NAME)

service of summons in the action of Reggie Davis vs. C/O Bufford, et al.
(CAPTION OF ACTION)

which is case number 08C3072 in the United States District Court for the
(DOCKET NUMBER)

Northern District of Illinois
(DISTRICT)

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after June 23, 2008
(DATE REQUEST WAS SENT)
or within 90 days after that date if the request was sent outside the United States.

_____  _____
DATE                    SIGNATURE

Printed/Typed Name: _____

As _____ of _____
   TITLE                    CORPORATE DEFENDANT

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown to its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against the defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO440 (REV. 10/93) Summons in a Civil Action

# United States District Court
Northern District of Illinois

SUMMONS IN A CIVIL ACTION

Reggie Davis B-39954

vs.

C/O Bufford et al.

**CASE NUMBER:** 08-cv-3072
**JUDGE:** Lefkow

**TO:** C/O Wilson

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon plaintiff's attorney:

| | |
|---|---|
| Name | Reggie Davis, B-39954 |
| Address | P.O. Box 900 |
| City | Robinson, IL 62454 |

an answer to the complaint which is herewith served upon you, within [60] days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

By: Gregory Young
Deputy Clerk

Dated: 6/20/08

*Stamps: RECEIVED UNITED STATES MARSHAL 2008 JUN 23 PM 4:19; NORTHERN DIST. OF IL. ADMINISTRATIVE SECTION*

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me:^ | DATE |
| NAME OF SERVER (Print) | TITLE |

*Check one box below to indicate appropriate method of service:*

[ ] Served personally upon the defendant. Place where served: _____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                       Date                                Signature of Server

                                                  _____
                                                  Address of Server

^As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JOAN H. LEFKOW | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 3072 | DATE | JUN 18 2008 |
| CASE TITLE | Reggie Davis (B-39954) v. C/O Bufford, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for leave to file *in forma pauperis* [3] is granted. The Court orders the trust fund officer at Plaintiff's current place of incarceration to deduct $ 20.62 from Plaintiff's account for payment to the Clerk of Court as an initial partial filing fee. The Clerk shall send a copy of this order to the trust fund officer at Robinson Correctional Center. The Clerk shall issue summonses and attach a Magistrate Judge Consent Form to the summons for each defendant, and send Plaintiff said Form and Instructions for Submitting Documents along with a copy of this order.

■ [For further details see text below.]

Docketing to mail notices.

## STATEMENT

Plaintiff Reggie Davis is granted leave to file *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(b)(1), Plaintiff is assessed an initial partial filing fee of $ 20.62. The trust fund officer at Plaintiff's current place of incarceration is ordered to collect, when funds exist, the partial filing fee from Plaintiff's trust fund account and pay it directly to the Clerk of Court. After payment of the initial partial filing fee, the trust fund officer is authorized to collect monthly payments from Plaintiff's trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments collected from Plaintiff's trust fund account shall be forwarded to the Clerk of Court each time the amount in the account exceeds $10 until the full $350 filing fee is paid. All payments shall be sent to the Clerk, United States District Court, 219 S. Dearborn St., Chicago, IL 60604, attn: Cashier's Desk, 20th Floor, and shall clearly identify Plaintiff's name and the case number assigned to this action.

Plaintiff is instructed to file all future papers concerning this action with the Clerk of Court in care of the prisoner correspondent. In addition, Plaintiff must send an exact copy of any filing to defendants or, if represented by counsel, to counsel for defendants. Plaintiff must include on the original filing a certificate of service stating to whom exact copies were mailed and the date of mailing. Any paper that is sent directly to the judge or otherwise fails to comply with these instructions may be disregarded by the Court or returned to Plaintiff.

A TRUE COPY - ATTEST
BY: _____
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: 6-20-08

Courtroom Deputy Initials:

Page 1 of 2

## STATEMENT

. The United States Marshals Service is appointed to serve defendants. Any service forms necessary for Plaintiff to complete will be sent by the Marshal as appropriate to serve defendants with process. The U.S. Marshal is directed to make all reasonable efforts to serve defendants. With respect to any former jail employee who can no longer be found at the work address provided by Plaintiff, the Cook County Department of Corrections shall furnish the Marshal with defendant's last-known address. The information shall be used only for purposes of effectuating service [or for proof of service, should a dispute arise] and any documentation of the address shall be retained only by the Marshal. Address information shall not be maintained in the court file, nor disclosed by the Marshal. The Marshal is authorized to mail a request for waiver of service to defendants in the manner prescribed by Fed. R. Civ. P. 4(d)(2) before attempting personal service.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
### Consent to Exercise of Jurisdiction
### By a United States Magistrate Judge

| | |
|---|---|
| Case Title | Case Number: |
| V. | Assigned Judge: |
| | Designated Magistrate Judge: |

In accordance with the provisions of Title 28 U.S.C.§636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Should this case be reassigned to a magistrate judge other than the magistrate judge designated pursuant to Local Rule 72, the undersigned may object within 30 days of such reassignment. If an objection is filed by any party, the case will be reassigned to the district judge before whom it was last pending.

_____   By:_____   _____
Date                       Signature                    Name of Party or Parties

_____   By:_____   _____
Date                       Signature                    Name of Party or Parties

_____   By:_____   _____
Date                       Signature                    Name of Party or Parties

_____   By:_____   _____
Date                       Signature                    Name of Party or Parties

Note: File this consent *only* if all parties have consented on this form to the exercise of jurisdiction by a United States magistrate judge.

**FILED**
JUNE 18, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

GY

**RECEIVED**
MAY 28 2008
MAY 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Reggie Davis
#B39954

---
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**08CV3072**
**JUDGE LEFKOW**
**MAG. JUDGE COLE**

Case No. _____
(To be supplied by the Clerk of this Court)

vs.

c/o Bufford CCDOC
c/o Keith CCDOC
c/o Wilson CCDOC

---
---

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

RECEIVED
UNITED STATES MARSHAL
2008 JUN 23 PM 4:19
NORTHERN DIST. OF IL.
ADMINISTRATIVE SECTION

CHECK ONE ONLY:

✓     COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____     COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____     OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Reggie Davis

B. List all aliases: N/A

C. Prisoner identification number: B39954

D. Place of present confinement: Robinson Corr. Center

E. Address: P.O. 900, Robinson, IL. 62454

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: c/o Keith
   Title: Correctional Officer
   Place of Employment: Cook County Dept. of Corr.

B. Defendant: c/o Bufford
   Title: Correctional Officer
   Place of Employment: Cook County Dept. of Corr.

C. Defendant: c/o Wilson
   Title: Correctional Officer
   Place of Employment: Cook County Dept. of Corr.

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _____N/A_____

B. Approximate date of filing lawsuit: _____N/A_____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____N/A_____

D. List all defendants: _____N/A_____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____N/A_____

F. Name of judge to whom case was assigned: _____N/A_____

G. Basic claim made: _____N/A_____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____N/A_____

I. Approximate date of disposition: _____N/A_____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On the above date (12-12-07) at 9:30 a.m. C/O Keith entered Dorm E-3 Div. 8 and ordered me to go to my cell to pack my belongings. I was then ordered to the interlock of the tier. When I arrived with my belongings C/O Keith searched me, then placed me in handcuffs. I was then escorted to the Segragation Unit (Dorm A-1) where we were joined by C/O Wilson. I was then stripped of all my clothing and searched again. Still nothing was found on my person.

I was then placed into a cell and told to put my back on the wall. C/O Keith asked me if I had anything else to say? C/O Keith then informed me he hates when he's lied too. As C/O Keith starts tightening his leather gloves, he says he's only gonna ask me one more time. I said, I had nothing to say. Before I could finish my response C/O Keith assaulted me with a closed

4

Revised 9/2007

fist to my face, thus, making the back of my head hit the wall very hard. C/o Wilson just stood by and watched. I asked for medical attention for the immediate pain I felt all over my body, also for the new lump on the back of my head. I was refused medical attention. I then "blacked out" for an undetermined time until C/o Bufford came to visit me. C/o Bufford stated, he was there to see what exactly happened with me and C/o Keith. I was told to calm down so I could be interviewed by C/o Bufford and C/o Ervin. I was then taken to the basement of Cermak Healthcare in C.C.D.C.

    They interviewed me, examined my new injuries. I was then asked by C/o Bufford what I was going to do about my assault? C/o Bufford stated, he didn't want me to press charges against the other C/o's. C/o Bufford then asked me about my pending case. I responded, "they offered me 6 years in I.D.O.C." C/o Bufford stated, he could get me 1 to 2 years for my case and my job assignment back as a reward for not pressing charges against the C/o's involved in my assault.

Being that I was facing 6-30 years in I.D.O.C. and not knowing the seriousness of my injuries, I felt then I should take c/o Bufford's deal for a reduced sentence for not pressing charges against the c/o's involved.

On Dec 18, 2007 I went in front of the Honorable Judge Toomen. C/o Bufford never showed up on my behalf. I was then sentenced to the I.D.O.C. for 6 years. Since the day of my assault, I've suffered from migraine headaches, double vision, slurred speech, and paranoia. I've never suffered from an assault like this one. I'm currently being treated for these ailments at the Robinson Corr. Center Healthcare Unit. If I thought these problems were gonna last this long and continue to worsen, I wouldn't have ever considered the "alleged deal."

*Reggie Davis*

V.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I'm asking the court to award me determined Punitive Damages for pain and continued suffering as a result of my assault on behalf of C/o Keith.

VI.  The plaintiff demands that the case be tried by a jury.  ☑ YES   ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __21__ day of __05__, 20__08__

x _Reggie Davis_
(Signature of plaintiff or plaintiffs)

_Reggie Davis_
(Print name)

_B39954_
(I.D. Number)

_P.O. Box 900_
_Robinson, IL. 62454_
(Address)