# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JOAN H. LEFKOW | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 3072 | DATE | JUL 29 2008 |
| CASE TITLE | Reggie Davis (B-39954) v. C/O Bufford, et al. | | |

**DOCKET ENTRY TEXT:**

The Clerk is directed to issue alias summonses to defendants Correctional Officer Wilson and Correctional Officer Bufford. When Plaintiff receives the USM-285 forms from the Marshal, he must provide more information in order to identify defendants Wilson and Bufford, such as a first name and/or badge number or a physical description or the shift and location and time and date of the incident.

*[signature]*

Docketing to mail notices.

2008 JUL 29 AM 9:33
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | CLH |
|---|---|---|