08C3072

07-08-08

Ⓐ

To: Who it may Concern

I'am writing because you want more information about two of my defendants Correctional officer wilson and correctional officer Bufford.

On officer Bufford His first name is Anthony Bufford. they call him Tony. He work in Divison 3/8, He was working on thie above date of Dec. 12, 2007. His sift Shift is the first Shift from 7:00 Am to 3:00 p.m.

On officer ~~wilson~~ wilson He is a African American His Height is between 5'5 or 5'6. His weight is between 230 and 250, He weAr a bald fade and gold tee. He works in Divion 8, He was working on the above date of Dec. 12 2007. He works the first Shift 7:00 Am to 3:00 p.M

This is all the information I have on the two officer right now.

**F I L E D**
Aug 13, 2008
AUG 1 3 2008 *MB*
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

Thank You
Reggie Davis #B39051